| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Herbert Bell Jr<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–7896 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: | 7   6/11/18 |
| Case number: | 18–21809–MBK | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Herbert Bell Jr | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 63 Elizabeth Street<br>Pemberton, NJ 08068 | |
| 4. | **Debtor's attorney**<br>Name and address | Nona Ostrove<br>Law Offices of Nona L. Ostrove, LLC<br>1000 White Horse Road<br>Suite 703<br>Voorhees, NJ 08043 | Contact phone (856) 566–4200 |
| 5. | **Bankruptcy trustee**<br>Name and address | Karen E. Bezner<br>567 Park Avenue, Suite 103<br>Scotch Plains, NJ 07076 | Contact phone (908) 322–8484 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 6/12/18 |
| **7. Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **July 11, 2018 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 9/10/18** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

```
                           United States Bankruptcy Court
                                 District of New Jersey
In re:                                                              Case No. 18-21809-MBK
Herbert Bell, Jr                                                    Chapter 7
        Debtor                        CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jun 12, 2018
                              Form ID: 309A            Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2018.
db          +Herbert Bell, Jr,    63 Elizabeth Street,    Pemberton, NJ 08068-1217
tr          +Karen E. Bezner,     567 Park Avenue, Suite 103,    Scotch Plains, NJ 07076-1754
517584919   +Amerigas,    80 North Main Street,    Windsor, NJ 08561-3209
517584920    Andrews FCU,    Building 1682 - Andrews AFB,    Washington, DC 20331
517584921    Apex Asset Management L.L.C.,     2501 Oregon Pike,    Suite 102,    Lancaster, PA 17601-4890
517584922    Bureau of Fiscal Service,    DMSC-Birmingham Office,    PO Box 830794,
             Birmingham, AL 35283-0794
517584925   +Capital One Auto Finance,    CB Disputes Team,    PO Box 259407,    Plano, TX 75025-9407
517584926   +Carrington Mortgage Services, LLC,     PO Box 3010,    Anaheim, CA 92803-3010
517584931    Department of Veterans Affairs,     PO Box 4444,    Janesville, WI 53547-4444
517584933    Emergency Phy Assoc. of SJ, P.C.,     Akron Billing Center,    3585 Ridge Park Drive,
             Akron, OH 44333-8203
517584934   +Gervine Bell,    108 Old Bridge Road,    Maple Shade, NJ 08052-3022
517584936    HRRG,    PO Box 189053,    Plantation, FL 33318-9053
517584937   +KML Law Group, P.C.,    216 Haddon Ave.,    Suite 406,    Collingswood, NJ 08108-2812
517584938   +Law Offices of Randolph Walzer,     PO Box 1234,    2042 W. Country Line Road,    Unit 8,
             Jackson, NJ 08527-2010
517584939    Mariner Finance, LLC.,    8211 Town Center Dr.,    Baltimore, MD 21236-5904
517584942   +Pemberton Borough,    50 Egbert Street,    Pemberton, NJ 08068-1209
517584944   +Roxanne Jenkins,    760 Eayestown Road,    Whitehall Apartments,    Bldg 12, Apt. 6,
             Lumberton, NJ 08048-3162
517584948    Virtua Health,    PO Box 8500-8267,    Philadelphia, PA 19178-8267
517584949   +Virtua Health Voorhees,    2 Brighton Road,    Clifton, NJ 07012-1663
517584950   +Western Union FInancial Services, Inc.,    PO Box 8525,    Coral Springs, FL 33075-8525

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: nostrove@ostrovelaw.com Jun 12 2018 22:40:16      Nona Ostrove,
               Law Offices of Nona L. Ostrove, LLC,    1000 White Horse Road,   Suite 703,
               Voorhees, NJ  08043
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 12 2018 22:41:00      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 12 2018 22:40:57      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517584923     EDI: CAPITALONE.COM Jun 13 2018 02:28:00      Capital One,   PO Box 30281,
               Salt Lake City, UT 84130-0281
517584927     EDI: CHRM.COM Jun 13 2018 02:28:00      Chrysler Capital,   PO Box 961275,
               Fort Worth, TX 76161-0275
517584928     EDI: CITICORP.COM Jun 13 2018 02:28:00      Citi Cards CBNA,   PO Box 6241,   Ibs Cdv Disputes,
               Sioux Falls, SD 57117-6241
517584929    +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jun 12 2018 22:41:24      Comcast,
               1490 Haddonfield-Berlin Road,   Cherry Hill, NJ 08003-3652
517584930     EDI: RCSFNBMARIN.COM Jun 13 2018 02:28:00      Credit One Bank,   PO Box 98873,
               Las Vegas, NV 89193-8873
517584932    +EDI: ESSL.COM Jun 13 2018 02:28:00      Dish Network,   9601 South Meridian Blvd.,
               Englewood, CO 80112-5905
517584935    +E-mail/Text: bankruptcies@halstedfinancial.com Jun 12 2018 22:41:33
               Halsted Financial Services, LLC.,    PO Box 828,   8001 Lincoln Ave.,   Suite 500,
               Skokie, IL 60077-3657
517584940     EDI: AGFINANCE.COM Jun 13 2018 02:28:00      One Main Financial,   Bankruptcy Dept.,
               PO Box 6042,   Sioux Falls, SD 57117-6042
517584941     EDI: AGFINANCE.COM Jun 13 2018 02:28:00      One Main Financial,   516 High St.,   Suite 5,
               Mount Holly, NJ 08060-1026
517584945    +E-mail/Text: birminghamtops@sba.gov Jun 12 2018 22:41:19      Small Business Administration,
               801 Tom Martin Drive,   Suite 120,   Birmingham, AL 35211-6424
517584946     EDI: RMSC.COM Jun 13 2018 02:28:00      Synchrony Bank,   Attn: Bankruptcy Dept,   PO Box 965060,
               Orlando, FL 32896-5060
517584947     EDI: USAA.COM Jun 13 2018 02:28:00      USAA Savings Bank,   PO Box 33009,
               San Antonio, TX 78265-3009
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517584924*      Capital One,   PO Box 30281,   Salt Lake City, UT 84130-0281
517584943*     +Pemberton Borough,   50 Egbert Street,   Pemberton, NJ 08068-1209
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 12, 2018
                              Form ID: 309A            Total Noticed: 35

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2018 at the address(es) listed below:
NONE.                                                                              TOTAL: 0
```