UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Herbert Bell, Jr.

Case No.: 18-21809
Chapter: 7
Judge: MBK

## NOTICE OF PROPOSED ABANDONMENT

__Karen E. Bezner__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan, U.S.B.J.__ on __October 1, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __8__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
63 Elizabeth Street
Pemberton, New Jersey
Valued at $100,000.00

Liens on property:
Carrington Mortgage, $185,690.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee   /s/ Karen E. Bezner
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076
Telephone No.: (908) 322-8484

*rev.8/1/15*

```
                                United States Bankruptcy Court
                                      District of New Jersey

In re:                                                              Case No. 18-21809-MBK
Herbert Bell, Jr                                                    Chapter 7
            Debtor                  CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2                  Date Rcvd: Aug 30, 2018
                               Form ID: pdf905             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2018.
db             +Herbert Bell, Jr,    63 Elizabeth Street,    Pemberton, NJ 08068-1217
517584919      +Amerigas,   80 North Main Street,    Windsor, NJ 08561-3209
517584920       Andrews FCU,    Building 1682 - Andrews AFB,    Washington, DC 20331
517584921       Apex Asset Management L.L.C.,    2501 Oregon Pike,    Suite 102,    Lancaster, PA 17601-4890
517584922       Bureau of Fiscal Service,    DMSC-Birmingham Office,    PO Box 830794,
                 Birmingham, AL 35283-0794
517584925      +Capital One Auto Finance,    CB Disputes Team,    PO Box 259407,    Plano, TX 75025-9407
517584926      +Carrington Mortgage Services, LLC,    PO Box 3010,    Anaheim, CA 92803-3010
517584927       Chrysler Capital,    PO Box 961275,   Fort Worth, TX 76161-0275
517584928       Citi Cards CBNA,    PO Box 6241,   Ibs Cdv Disputes,    Sioux Falls, SD 57117-6241
517584931       Department of Veterans Affairs,    PO Box 4444,    Janesville, WI 53547-4444
517584933       Emergency Phy Assoc. of SJ, P.C.,    Akron Billing Center,    3585 Ridge Park Drive,
                 Akron, OH 44333-8203
517584934      +Gervine Bell,    108 Old Bridge Road,    Maple Shade, NJ 08052-3022
517584936       HRRG,   PO Box 459080,    Sunrise, FL 33345-9080
517584937      +KML Law Group, P.C.,    216 Haddon Ave.,    Suite 406,   Collingswood, NJ 08108-2812
517584938      +Law Offices of Randolph Walzer,    PO Box 1234,    2042 W. Country Line Road,    Unit 8,
                 Jackson, NJ 08527-2010
517584939       Mariner Finance, LLC.,    8211 Town Center Dr.,    Baltimore, MD 21236-5904
517584942      +Pemberton Borough,    50 Egbert Street,    Pemberton, NJ 08068-1209
517584944      +Roxanne Jenkins,    760 Eayestown Road,    Whitehall Apartments,    Bldg 12, Apt. 6,
                 Lumberton, NJ 08048-3162
517584947       USAA Savings Bank,    PO Box 33009,   San Antonio, TX 78265-3009
517584948       Virtua Health,    PO Box 8500-8267,   Philadelphia, PA 19178-8267
517584949      +Virtua Health Voorhees,    2 Brighton Road,    Clifton, NJ 07012-1663
517584950      +Western Union FInancial Services, Inc.,    PO Box 8525,    Coral Springs, FL 33075-8525

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 30 2018 23:03:03      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 30 2018 23:03:00      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517584923       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 30 2018 23:09:18      Capital One,
                 PO Box 30281,   Salt Lake City, UT 84130-0281
517598278      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 30 2018 23:09:22
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517584929      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Aug 30 2018 23:03:25     Comcast,
                 1490 Haddonfield-Berlin Road,    Cherry Hill, NJ 08003-3652
517584930       E-mail/PDF: creditonebknotifications@resurgent.com Aug 30 2018 23:08:51      Credit One Bank,
                 PO Box 98873,   Las Vegas, NV 89193-8873
517584932      +E-mail/Text: Bankruptcy.Consumer@dish.com Aug 30 2018 23:02:59      Dish Network,
                 9601 South Meridian Blvd.,    Englewood, CO 80112-5905
517584935      +E-mail/Text: bankruptcies@halstedfinancial.com Aug 30 2018 23:03:35
                 Halsted Financial Services, LLC.,    PO Box 828,   8001 Lincoln Ave.,    Suite 500,
                 Skokie, IL 60077-3657
517584940       E-mail/PDF: cbp@onemainfinancial.com Aug 30 2018 23:08:35      One Main Financial,
                 Bankruptcy Dept.,    PO Box 6042,   Sioux Falls, SD 57117-6042
517584941       E-mail/PDF: cbp@onemainfinancial.com Aug 30 2018 23:08:34      One Main Financial,
                 516 High St.,   Suite 5,    Mount Holly, NJ 08060-1026
517584945      +E-mail/Text: birminghamtops@sba.gov Aug 30 2018 23:03:19      Small Business Administration,
                 801 Tom Martin Drive,    Suite 120,   Birmingham, AL 35211-6424
517584946       E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2018 23:09:10      Synchrony Bank,
                 Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
517586252      +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2018 23:08:04      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517584924*      Capital One,    PO Box 30281,   Salt Lake City, UT 84130-0281
517584943*     +Pemberton Borough,    50 Egbert Street,    Pemberton, NJ 08068-1209
                                                                                     TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin                Page 2 of 2                  Date Rcvd: Aug 30, 2018
                              Form ID: pdf905            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al ...
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Karen E. Bezner    Kbez@bellatlantic.net,  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
           NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al ...
           kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Nona  Ostrove    on behalf of Debtor Herbert  Bell, Jr nostrove@ostrovelaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```